*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal Entered March 30, 2016:*

PEOPLE V FRANKLIN, No. 152840; Court of Appeals No. 322655. The parties shall file supplemental briefs within 42 days of the date of this

order addressing whether the Court of Appeals erred in concluding that *Franks v Delaware*, 438 US 154; 98 S Ct 2674; 57 L Ed 2d 667 (1978), limited the trial court's discretion to order a hearing on the sufficiency of the affidavit in support of the search warrant. The parties should not submit mere restatements of their application papers.

*Leave to Appeal Before Decision of the Court of Appeals Denied March 30, 2016:*